| | | |
|---|---|---|
| People v Summers | App Div, 4th Dept, 10/28/16 (Erie) | dismissed 3/21/17 (Garcia, J.) |
| People v Taft | 3d Dept: 145 AD3d 1090 (Broome) | denied 3/1/17 (Fahey, J.) |
| People v Tague | 1st Dept: 144 AD3d 576 (NY) | denied 3/3/17 (Abdus-Salaam, J.) |
| People v Taylor | 4th Dept: 140 AD3d 1738 (Livingston) | denied 3/3/17 (Rivera, J.) |
| People v Terborg (Jeffrey) | App Div, 4th Dept: 2016 NY Slip Op 88959(U) (Monroe) | denied reconsideration 3/9/17 (Stein, J.) |
| People v Terborg (Jeffrey) | App Div, 4th Dept: 2017 NY Slip Op 61437(U) (Monroe) | dismissed 3/27/17 (Stein, J.) |
| People v Thibeault | App Div, 3d Dept: 2016 NY Slip Op 85827(U) (Cortland) | denied reconsideration 3/1/17 (Fahey, J.) |
| People v Thomas (Jason) | 1st Dept: 146 AD3d 604 (Bronx) | denied 3/13/17 (Stein, J.) |
| People v Thomas (Moses) | 1st Dept: 146 AD3d 569 (Bronx) | denied 3/29/17 (Garcia, J.) |
| People v Thomas (Rogelio) | 2d Dept: 143 AD3d 922 (Queens) | denied 3/2/17 (Fahey, J.) |
| People v Torres | 1st Dept: 145 AD3d 442 (Bronx) | denied 3/6/17 (Rivera, J.) |
| People v Tow | App Term, 1st Dept: 53 Misc 3d 154(A) (NY) | denied 3/3/17 (Abdus-Salaam, J.) |
| People v Tristen S. | 2d Dept: 147 AD3d 787 (Queens) | denied 3/27/17 (Stein, J.) |
| People v Villalona | 1st Dept: 145 AD3d 625 (NY) | denied 3/31/17 (Fahey, J.) |
| People v Villarreal | 1st Dept: 146 AD3d 598 (NY) | denied 3/23/17 (Stein, J.) |
| People v Waite | 3d Dept: 145 AD3d 1098 (Warren) | denied 3/29/17 (Garcia, J.) |
| People v Waller | App Div, 1st Dept: 2016 NY Slip Op 96093(U) (NY) | denied 3/30/17 (Stein, J.) |
| People v Warren (Tito) | 2d Dept: 124 AD3d 699 (Queens) | denied 3/30/17 (Rivera, J.) |
| People v Warren (Vincent) | App Div, 1st Dept: 2016 NY Slip Op 96037(U) (Bronx) | denied 3/23/17 (Garcia, J.) |
| People v Washington | 1st Dept: 146 AD3d 482 (Bronx) | denied 3/14/17 (Fahey, J.) |
| People v White | 2d Dept: 144 AD3d 1057 (Suffolk) | denied 3/3/17 (Abdus-Salaam, J.) |
| People v Wilkins | 1st Dept: 146 AD3d 427 (NY) | denied 3/30/17 (Rivera, J.) |
| People v Williams (Bobbie) | 2d Dept: 146 AD3d 905 (Kings) | denied 3/21/17 (Garcia, J.) |